# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
HENRY, EUGENE ALLEN § Case No. 09-11459
HENRY, LINDA JANE §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-11459 CAD Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | HENRY, LINDA JANE | 341(a) Meeting Date: | 05/11/09 |
| For Period Ending: | 01/05/10 | Claims Bar Date: | 10/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BC/BS FUNDS (u) | 0.00 | Unknown | | 21,289.01 | Unknown |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.63 | Unknown |
| 3. First National checking acct | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 4. First National savings acct | 90.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc books, discs, etc.. | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 8. Misc jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevy Impala | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,390.00 | $0.00 | | $21,291.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-collected insurance refund

-claims reviewed-need IRS claim resolution

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-11459 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | Bank Name: | Bank of America, N.A. |
| | HENRY, LINDA JANE | Account Number / CD #: | 4429208463  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0712 | | |
| For Period Ending: | 01/05/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/09 | 1 | HEALTHCARE SERVICE CORPORATION 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 21,289.01 | | 21,289.01 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 21,289.52 |
| 09/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 21,290.04 |
| 10/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,290.57 |
| 11/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,291.10 |
| 12/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,291.64 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 21,291.64 | 0.00 | 21,291.64 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,291.64 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,291.64 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208463 | 21,291.64 | 0.00 | 21,291.64 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,291.64 | 0.00 | 21,291.64 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,291.64    0.00

Ver: 15.06

LFORM24
UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-11459 | | Page 1 | | | Date: January 05, 2010 |
| Debtor Name: | HENRY, EUGENE ALLEN | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000006<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>Box 21126<br>Philadelphia, PA 19114 | Priority | Filed 10/02/09<br>(6-1) Modified on 10/6/2009 to correct name(PG) | $0.00 | $14,692.58 | $14,692.58 |
| 000001<br>070<br>7100-00 | Capital Recovery III LLC as assignee of Sears-Sears Premier Card<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | Filed 08/10/09<br>(1-1) Modified on 8/27/2009 to correct creditor's name (cg) | $0.00 | $1,711.84 | $1,711.84 |
| 000002<br>070<br>7100-00 | Capital Recovery III LLC As Assignee of WASHINGTON MUTUAL BANK<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | Filed 08/10/09<br>(2-1) Modified on 8/27/2009 to correct creditor's name (cg) | $0.00 | $2,252.92 | $2,252.92 |
| 000003<br>070<br>7100-00 | Capital Recovery III LLC<br>As Assignee of FIRST PREMIER<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | Filed 08/10/09<br>(3-1) Modified on 8/27/2009 to correct creditor's name (cg) | $0.00 | $614.60 | $614.60 |
| 000004<br>070<br>7100-00 | Capital Recovery III LLC as Assignee of HSBC/Orchard Bank Stand MCS<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | Filed 08/10/09<br>(4-1) Modified on 8/27/2009 to correct creditor's name (cg) | $0.00 | $1,522.68 | $1,522.68 |
| 000005<br>070<br>7100-00 | Capital Recovery III LLC As Assignee of Citibank EXXONMOBIL CONSUMER<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | Filed 08/10/09<br>(5-1) Modified on 8/27/2009 to correct creditor's name (cg) | $0.00 | $706.37 | $706.37 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: 09-11459 | | | Page 2 | | | Date: January 05, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: HENRY, EUGENE ALLEN | | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000007 070 7100-00 | Munster Medical Research c/o Komyatte & Casbon PC 9650 Gordon Drive Highland, IN 46322 | Unsecured | Filed 10/19/09 | $0.00 | $630.70 | $630.70 |
| 000008 070 7100-00 | Charles Puntillo DDS c/o Komyatte & Casbon PC 9650 Gordon Drive Highland, IN 46322 | Unsecured | Filed 10/19/09 | $0.00 | $70.00 | $70.00 |
| 000009 070 7100-00 | Patients 1st ER Medical Consultants PC c/o Komyatte & Casbon PC 9650 Gordon Drive Highland, IN 46322 | Unsecured | Filed 10/19/09 | $0.00 | $26.91 | $26.91 |
| | Case Totals: | | | $0.00 | $22,228.60 | $22,228.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11459
Case Name: HENRY, EUGENE ALLEN
       HENRY, LINDA JANE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Department of the Treasury | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital Recovery III LLC as assignee | $ | $ |
| 000002 | Capital Recovery III LLC As | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *Capital Recovery III LLC* | $ | $ |
| *000004* | *Capital Recovery III LLC as* | $ | $ |
| *000005* | *Capital Recovery III LLC As Assignee* | $ | $ |
| *000007* | *Munster Medical Research* | $ | $ |
| *000008* | *Charles Puntillo DDS* | $ | $ |
| *000009* | *Patients 1st ER Medical Consultants PC* | $ | $ |

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .