## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| HENRY, EUGENE ALLEN<br>HENRY, LINDA JANE | § § § | Case No. 09-11459 |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/04/2010 in Courtroom 742,

> United States Courthouse
> 219 South Dearborn
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/29/2010        By: /s/ Andrew J. Maxwell
                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HENRY, EUGENE ALLEN | § | Case No. 09-11459 |
| HENRY, LINDA JANE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 21,291.64 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 21,291.64 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 2,879.16 | $ 18.96 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,692.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Department of the Treasury | $ 14,692.58 | $ 14,692.58 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,536.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital Recovery III LLC as assignee | $ 1,711.84 | $ 840.68 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Capital Recovery III LLC As | $ 2,252.92 | $ 1,106.41 |
| 000003 | Capital Recovery III LLC | $ 614.60 | $ 301.83 |
| 000004 | Capital Recovery III LLC as | $ 1,522.68 | $ 747.79 |
| 000005 | Capital Recovery III LLC As Assignee | $ 706.37 | $ 346.90 |
| 000007 | Munster Medical Research | $ 630.70 | $ 309.74 |
| 000008 | Charles Puntillo DDS | $ 70.00 | $ 34.38 |
| 000009 | Patients 1st ER Medical Consultants PC | $ 26.91 | $ 13.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      Prepared By: /s/ Andrew J. Maxwell
                          Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                  Page 1 of 2                   Date Rcvd: Feb 01, 2010
Case: 09-11459                 Form ID: pdf006               Total Noticed: 63

The following entities were noticed by first class mail on Feb 03, 2010.
db/jdb        +Eugene Allen Henry,    Linda Jane Henry,    17614 Rosewood Drive,    Apt #82,
                Lansing, IL 60438-1778
aty           +Ronald P Strojny Jr,    Law Office of Peter Francis Geraci,    55 E. Monroe St. Suite #3400,
                Chicago, IL 60603-5920
tr            +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
                Chicago, IL 60603-6209
13729379      +A.F.S. Assignee OF Washington,    C/O Arrow Financial Servic,    5996 W Touhy Ave,
                Niles, IL 60714-4610
13729430      +Arrow Financial Services,    Bankruptcy Department,    125 S. Wacker Dr. Suite 400,
                Niles, IL 60606-4440
13729404       Arrow Financial Services,    Bankruptcy Department,    21031 Network Pl.,    Chicago, IL 60673-1210
13729414      +Arthur B. Adler & Associates,    Attn: Bankruptcy Dept.,    25 E. Washington St., Ste. 500,
                Chicago, IL 60602-1703
13729393      +Aspire VISA,    C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
13729396      +BUD S Ambulance,    C/O Illinois Collection SE,    8231 185Th St Ste 100,
                Tinley Park, IL 60487-9356
13729409      +Barot & Associates,    Attn: Bankruptcy Dept.,    PO Box 662311,    Indianapolis, IN 46266-0001
13729406      +Blatt, Hasenmiller, Leibsker,    & Moore,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
13729415      +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
14292692      +Capital Recovery III LLC As,    Assignee of WASHINGTON MUTUAL BANK,
                Recovery Management Systems Corporation,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14292719      +Capital Recovery III LLC as,    Assignee of HSBC/Orchard Bank Stand MCS,
                Recovery Management Systems Corporation,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14603748      +Charles Puntillo DDS,    c/o Komyatte & Casbon PC,    9650 Gordon Drive,    Highland, IN 46322-2909
13729390      +Citibank Exxonmobil Consumer,    C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
13729405      +Clerk, First Mun Div,    Doc #2008-M1-198952,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
13729407      +Community Hospital,    Bankruptcy Department,    PO Box 3602,    Munster, IN 46321-0756
13729433      +Consultants in Gastroenterolgy,    Attn: Bankruptcy Dept.,    701 Superior Ave,    Suite G,
                Munster, IN 46321-4038
13729410      +Demetrios Katsaros MD,    Attn: Bankruptcy Dept.,    7863 Broadway Suite 135,
                Merrillville, IN 46410-5575
13729436       Department of the Treasury,    Internal Revenue Service,    Box 21126,    Philadelphia, PA 19114
13729397      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
13729398      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
13729400      +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13729435      +GC Services,    Bankruptcy Department,    6330 Gulfton,    Houston, TX 77081-1108
13729388      +GE Capital JC Penney Consumer,    C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
13729416      +HSBC,    Bankruptcy Department,    PO Box 5253,    Carol Stream, IL 60197-5253
13729395       Harvest Market,    Bankruptcy Department,    P.O. Box 80084,    Middletown, IN 47356
13729413      +Highland Dental Clinic,    Attn: Bankruptcy Dept.,    3747 45th Street,    Highland, IN 46322-3008
13729425      +Hind General Hospital,    Attn: Bankruptcy Dept.,    PO Box 60637,    Chicago, IL 60660-0637
13729394      +Household Bank,    Attn: Bankruptcy Dept,    P.O. Box 80084,    Salinas, CA 93912-0084
13729424      +IMC Credit Services,    Attn: Bankruptcy Dept.,    PO Box 1407,    Elmhurst, IL 60126-8407
13729389      +KCA Financial SVCS,    Attn: Bankruptcy Dept.,    628 North St,    Geneva, IL 60134-1356
13729392      +LTD Financial Services,    Bankruptcy Department,    PO Box 10584,    Houston, TX 77206-0584
13729418      +LTD Financial Services,    Bankruptcy Department,    7322 SW Freeway, Ste. 1600,
                Houston, TX 77074-2053
13729382       LTD Financial Services,    Bankruptcy Department,    120 Corporate Blvd., Ste. 100,
                Houston, TX 77074
13729422      +Lansing Poilce & Fire Dept,    Attn: Bankruptcy Dept.,    PO Box 146,    Lansing, IL 60438-0146
13729426      +MCHS South Holland,    Attn: Bankruptcy Dept.,    2145 E 170th Street,
                South Holland, IL 60473-3788
13729417      +Midland Credit Management,    Bankruptcy Department,    8875 Aero Dr., Ste. 200,
                San Diego, CA 92123-2255
13729420      +MiraMed Revenue Group,    Bankruptcy Department,    Dept. 77304, PO Box 77000,
                Detroit, MI 48277-2000
14603731      +Munster Medical Research,    c/o Komyatte & Casbon PC,    9650 Gordon Drive,
                Highland, IN 46322-2909
13729383      +Mutual HSP Srvcs IN,    Attn: Bankruptcy Dept.,    2525 N Shadeland Ave Ste,
                Indianapolis, IN 46219-1787
13729427      +NWI Pathology Consultants,    Attn: Bankruptcy Dept.,    9201 Calumet Avenue,
                Munster, IN 46321-2807
13729411      +Northwest Med Faculty Foundati,    Attn: Bankruptcy Dept.,    660 North Lake Shore Dr,
                Chicago, IL 60611-6277
13729419      +Northwestern Memorial Hospital,    Attn: Bankruptcy Dept.,    251 E. Huron St.,
                Chicago, IL 60611-3232
13729381      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Assoc.,      Riverside Commerce Center,
                120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502)
14603798      +Patients 1st ER Medical Consultants PC,    c/o Komyatte & Casbon PC,    9650 Gordon Drive,
                Highland, IN 46322-2909
13729423      +Patients 1st Emergency Med.,    Attn: Bankruptcy Dept.,    P.O. Box 869359,    Plano, TX 75086-9359
13729431      +Premier Bank,    Bankruptcy Department,    PO Box 5147,    Sioux Falls, SD 57117-5147
13729403       Redline Recovery Services LLC,    Bankruptcy Department,    PO Box 10497,    Getzville, NY 14068
13729412      +Revenue Production Management,    Bankruptcy Department,    PO Box 830913,
                Birmingham, AL 35283-0913
13729408      +Richard P Komyatte,    9650 Gordon Drive,    Highland, IN 46322-2909
13729401      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
13729421      +Thornton Fire Dept,    Attn: Bankruptcy Dept.,    PO Box 438495,    Chicago, IL 60643-8495
13729399      +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2                   Date Rcvd: Feb 01, 2010
Case: 09-11459                Form ID: pdf006           Total Noticed: 63


13729434      +United Recovery Services,   Bankruptcy Dept,   18525 Torrence Ave,   Suite C-6,
               Lansing, IL 60438-2891
13729428      +Washington Mutual Bank,   Bankruptcy Department,   PO Box 99604,   Arlington, TX 76096-9604

The following entities were noticed by electronic transmission on Feb 01, 2010.
13729380       E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2010 02:08:07      Capital Recovery III LLC,
               Sears-Sears Premier Card,   c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
14292694      +E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2010 02:08:07      Capital Recovery III LLC,
               As Assignee of FIRST PREMIER,   Recovery Management Systems Corporation,
               25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
14293107      +E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2010 02:08:07
               Capital Recovery III LLC As Assignee,   of Citibank EXXONMOBIL CONSUMER,
               Recovery Management Systems Corporation,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
14292691       +E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2010 02:08:08
               Capital Recovery III LLC as assignee,   of Sears-Sears Premier Card,
               Recovery Management Systems Corporation,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13729402      +E-mail/Text: resurgentbknotifications@resurgent.com                        LVNV Funding,
               Bankruptcy Department,   PO Box 10497,   Greenville, SC 29603-0497
13729391      +E-mail/Text: resurgentbknotifications@resurgent.com                        LVNV Funding LLC,
               Bankruptcy Department,   PO Box 10584,   Greenville, SC 29603-0584
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13729432*      Arrow Financial Services,   Bankruptcy Department,   21031 Network Pl.,   Chicago, IL 60673-1210
13729429*     +Blatt, Hasenmiller, Leibsker,   & Moore,   125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
13729384*     +Mutual HSP Srvcs IN,   Attn: Bankruptcy Dept.,   2525 N Shadeland Ave Ste,
               Indianapolis, IN 46219-1787
13729385*     +Mutual HSP Srvcs IN,   Attn: Bankruptcy Dept.,   2525 N Shadeland Ave Ste,
               Indianapolis, IN 46219-1787
13729386*     +Mutual HSP Srvcs IN,   Attn: Bankruptcy Dept.,   2525 N Shadeland Ave Ste,
               Indianapolis, IN 46219-1787
13729387*     +Mutual HSP Srvcs IN,   Attn: Bankruptcy Dept.,   2525 N Shadeland Ave Ste,
               Indianapolis, IN 46219-1787
                                                                                              TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2010**                          **Signature:**    _Joseph Speetjens_