UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
HENRY, EUGENE ALLEN § Case No. 09-11459
HENRY, LINDA JANE §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____          By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| [x] None |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 A.F.S. Assignee OF Washington C/O Arrow Financial Servic 5996 W Touhy Ave Niles IL 60714 | | | | | |
| 10 Demetrios Katsaros MD Attn: Bankruptcy Dept. 7863 Broadway Suite 135 Merrillville IN 46410 | | | | | |
| 11 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | | | | |
| 12 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | | | | |
| 13 First Premier BANK Attn: Bankruptcy Dept. 601 S Minnesota Ave Sioux Falls SD 57104 | | | | | |
| 14 GC Services Bankruptcy Department 6330 Gulfton Houston TX 77081 | | | | | |
| 15 GE Capital JC Penney Consumer C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| 16 Highland Dental Clinic Attn: Bankruptcy Dept. 3747 45th Street Highland IN 46322 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 17 Hind General Hospital Attn: Bankruptcy Dept. PO Box 60637 Chicago IL 60660 | | | | | |
| 18 HSBC Bankruptcy Department PO Box 5253 Carol Stream IL 60197 | | | | | |
| 19 IMC Credit Services Attn: Bankruptcy Dept. PO Box 1407 Elmhurst IL 60126 | | | | | |
| 2 Arrow Financial Services Bankruptcy Department 21031 Network Pl. Chicago IL 60673-1210 | | | | | |
| 20 KCA Financial SVCS Attn: Bankruptcy Dept. 628 North St Geneva IL 60134 | | | | | |
| 21 Lansing Poilce & Fire Dept Attn: Bankruptcy Dept. PO Box 146 Lansing IL 60438 | | | | | |
| 22 MCHS South Holland Attn: Bankruptcy Dept. 2145 E 170th Street South Holland IL 60473 | | | | | |
| 23 Midland Credit Management Bankruptcy Department 8875 Aero Dr., Ste. 200 San Diego CA 92123-2215 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 24 Mutual HSP Srvcs IN Attn: Bankruptcy Dept. 2525 N Shadeland Ave Ste Indianapolis IN 46219 | | | | | |
| 25 Mutual HSP Srvcs IN Attn: Bankruptcy Dept. 2525 N Shadeland Ave Ste Indianapolis IN 46219 | | | | | |
| 26 Mutual HSP Srvcs IN Attn: Bankruptcy Dept. 2525 N Shadeland Ave Ste Indianapolis IN 46219 | | | | | |
| 27 Mutual HSP Srvcs IN Attn: Bankruptcy Dept. 2525 N Shadeland Ave Ste Indianapolis IN 46219 | | | | | |
| 28 Mutual HSP Srvcs IN Attn: Bankruptcy Dept. 2525 N Shadeland Ave Ste Indianapolis IN 46219 | | | | | |
| 29 Northwest Med Faculty Foundati Attn: Bankruptcy Dept. 660 North Lake Shore Dr Chicago IL 60611 | | | | | |
| 3 Arthur B. Adler & Associates Attn: Bankruptcy Dept. 25 E. Washington St., Ste. 500 Chicago IL 60602-1702 | | | | | |
| 30 Northwestern Memorial Hospital Attn: Bankruptcy Dept. 251 E. Huron St. Chicago IL 60611 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 31 NWI Pathology Consultants Attn: Bankruptcy Dept. 9201 Calumet Avenue Munster IN 46321 | | | | | |
| 33 Premier Bank Bankruptcy Department PO Box 5147 Sioux Falls SD 57117 | | | | | |
| 34 Sears Sears Premier CARD C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| 35 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| 36 Thornton Fire Dept Attn: Bankruptcy Dept. PO Box 438495 Chicago IL 60643 | | | | | |
| 37 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | | | | |
| 38 United Recovery Services Bankruptcy Dept 18525 Torrence Ave Lansing IL 60438 | | | | | |
| 39 Washington Mutual Bank Bankruptcy Department PO Box 99604 Arlington TX 76096 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 4 Aspire VISA C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| 5 Barot & Associates Attn: Bankruptcy Dept. PO Box 662311 Indianapolis IN 46266 | | | | | |
| 6 BUD S Ambulance C/O Illinois Collection SE 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| 7 Citibank Exxonmobil Consumer C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| 8 Community Hospital Bankruptcy Department PO Box 3602 Munster IN 46321 | | | | | |
| 9 Consultants in Gastroenterolgy Attn: Bankruptcy Dept. 701 Superior Ave Munster IN 46321 | | | | | |
| 9650 Gordon Drive Highland IN 46322 | | | | | |
| Arrow Financial Services Bankruptcy Department 21031 Network Pl. Chicago IL 60673-1210 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arrow Financial Services Bankruptcy Department 5996 W. Touhy Ave. Niles IL 60714-4610 | | | | | |
| Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| Clerk, First Mun Div Doc #2008-M1-198952 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| Harvest Market Bankruptcy Department 595 Locust Street Middletown IN 47356 | | | | | |
| Household Bank Attn: Bankruptcy Dept P.O. Box 80084 Salinas CA 93912 | | | | | |
| LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 | | | | | |
| LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 | | | | | |
| LVNV Funding Bankruptcy Department PO Box 10497 Greenville SC 29603 | | | | | |
| LVNV Funding LLC Bankruptcy Department PO Box 10584 Greenville SC 29603 | | | | | |
| MiraMed Revenue Group Bankruptcy Department Dept. 77304, PO Box 77000 Detroit MI 48277 | | | | | |
| Portfolio Recovery Assoc. Riverside Commerce Center 120 Corporate Blvd., Ste. 100 Norfolk VA 23502 | | | | | |
| Redline Recovery Services LLC Bankruptcy Department 2350 N. Forest Rd., Ste. 31B Getzville NY 14068 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Revenue Production Management Bankruptcy Department PO Box 830913 Birmingham AL 35283 | | | | | |
| Richard P Komyatte | | | | | |
| CAPITAL RECOVERY III LLC | | | | | |
| CAPITAL RECOVERY III LLC AS | | | | | |
| CAPITAL RECOVERY III LLC AS | | | | | |
| CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| CHARLES PUNTILLO DDS | | | | | |
| MUNSTER MEDICAL RESEARCH | | | | | |
| PATIENTS 1ST ER MEDICAL CONSULTANTS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-11459 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | | | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | HENRY, LINDA JANE | | | 341(a) Meeting Date: | 05/11/09 |
| For Period Ending: | 04/21/10 | | | Claims Bar Date: | 10/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BC/BS FUNDS (u) | 0.00 | Unknown | | 21,289.01 | Unknown |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.74 | Unknown |
| 3. First National checking acct | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 4. First National savings acct | 90.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc books, discs, etc.. | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 8. Misc jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevy Impala | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $6,390.00 | $0.00 | | $21,292.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FR filed w/USTR 1/6/10, w/ clerk 1/28/10; hearing set for 3/4/10

-collected insurance refund

-claims reviewed-need IRS claim resolution

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.08

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11459 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | | Bank Name: | Bank of America, N.A. |
| | HENRY, LINDA JANE | | Account Number / CD #: | 4429208463 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0712 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/09 | 1 | HEALTHCARE SERVICE CORPORATION 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 21,289.01 | | 21,289.01 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 21,289.52 |
| 09/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 21,290.04 |
| 10/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,290.57 |
| 11/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,291.10 |
| 12/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,291.64 |
| 01/29/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,292.18 |
| 02/26/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 21,292.67 |
| 03/05/10 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 21,292.75 |
| 03/05/10 | | Transfer to Acct #4429208609 | Final Posting Transfer | 9999-000 | | 21,292.75 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 21,292.75 | 21,292.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 21,292.75 | |
| Subtotal | 21,292.75 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 21,292.75 | 0.00 | |

Page Subtotals    21,292.75    21,292.75

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11459 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | | Bank Name: | Bank of America, N.A. |
| | HENRY, LINDA JANE | | Account Number / CD #: | 4429208609 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0712 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/10 | | Transfer from Acct #4429208463 | Transfer In From MMA Account | 9999-000 | 21,292.75 | | 21,292.75 |
| 03/05/10 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 2,879.16 | 18,413.59 |
| 03/05/10 | 001002 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Expenses | 2200-000 | | 18.96 | 18,394.63 |
| 03/05/10 | 001003 | Department of the Treasury<br>Internal Revenue Service<br>Box 21126<br>Philadelphia, PA 19114 | Full and Final Distribution<br>(Claim#) | 5800-000 | | 14,692.58 | 3,702.05 |
| 03/05/10 | 001004 | Capital Recovery III LLC as assignee<br>of Sears-Sears Premier Card<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 840.94 | 2,861.11 |
| 03/05/10 | 001005 | Capital Recovery III LLC As<br>Assignee of WASHINGTON MUTUAL BANK<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 1,106.74 | 1,754.37 |
| 03/05/10 | 001006 | Capital Recovery III LLC<br>As Assignee of FIRST PREMIER<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 301.92 | 1,452.45 |
| 03/05/10 | 001007 | Capital Recovery III LLC as | Full and Final Distribution | 7100-000 | | 748.01 | 704.44 |

Page Subtotals 21,292.75 20,588.31

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11459 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | Bank Name: | Bank of America, N.A. |
|  | HENRY, LINDA JANE | Account Number / CD #: | 4429208609  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0712 |  |  |
| For Period Ending: | 04/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Assignee of HSBC/Orchard Bank Stand MCS<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | (Claim#) |  |  |  |  |
| 03/05/10 | 001008 | Capital Recovery III LLC As Assignee<br>of Citibank EXXONMOBIL CONSUMER<br>Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Full and Final Distribution<br>(Claim#) | 7100-000 |  | 347.00 | 357.44 |
| 03/05/10 | 001009 | Munster Medical Research<br>c/o Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Full and Final Distribution<br>(Claim#) | 7100-000 |  | 309.83 | 47.61 |
| 03/05/10 | 001010 | Charles Puntillo DDS<br>c/o Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Full and Final Distribution<br>(Claim#) | 7100-000 |  | 34.39 | 13.22 |
| 03/05/10 | 001011 | Patients 1st ER Medical Consultants PC<br>c/o Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Full and Final Distribution<br>(Claim#) | 7100-000 |  | 13.22 | 0.00 |

Page Subtotals        0.00        704.44

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11459 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HENRY, EUGENE ALLEN | Bank Name: | Bank of America, N.A. |
| | HENRY, LINDA JANE | Account Number / CD #: | 4429208609  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0712 | | |
| For Period Ending: | 04/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 21,292.75 | 21,292.75 | 0.00 |
| Less:  Bank Transfers/CD's | 21,292.75 | 0.00 | |
| Subtotal | 0.00 | 21,292.75 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 21,292.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208463 | 21,292.75 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208609 | 0.00 | 21,292.75 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,292.75 | 21,292.75 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 17)*